# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ANTHONY BUTLER, SR.,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>　　　Defendants. | Case No. 1:20-cv-01211-AWI-SAB<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |

　　　Plaintiff Carl Anthony Butler, Sr. is a state prisoner proceeding pro se in this action. Plaintiff filed a complaint on August 27, 2020, against Johnson & Johnson, Janssen Pharmaceuticals Inc. Janssen Research & Development LLC, and McKesson Corporation alleging a failure to warn under state law. According to Plaintiff's complaint, Plaintiff sustained his injuries while in Los Angeles County.

　　　The federal venue statute requires that a civil action be brought in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b). The Court has reviewed Plaintiff's complaint and

finds that venue does not lie in this district as none of the venue requirements of section 1391 are met. The incidents alleged in the complaint took place in Los Angeles County which is located in the Central District of California. Venue in this action appropriately lies within the Central District of California.

Pursuant to 28 U.S.C. § 1406(a), when a case has been filed in the wrong district, the "district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Additionally Local Rule 120(f), provides that a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Central District of California. This court will not rule on Plaintiff's request to proceed *in forma pauperis*.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Central District of California; and

2. This court has not ruled on Plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **August 28, 2020**

UNITED STATES MAGISTRATE JUDGE

2